CRM 2007

2 6 1 0 3

USA v. William Earl King    07-558M-01

**FILED**

NOV 15 2007

Clerk, U.S. District and
Bankruptcy Courts

2007 FDC 026183    File Date 11/10/2007
UNITED STATES vs WILLIAM EARL KING
aka WILLIAM EARL KING

PMD # 605597
Lock up number 53

Title 21 U.S. 18
No Bond
11/13/07.

draft for district
court.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

vs.

King, William Earl

07-569-M-01

On November 9th, 2007, Officer Wooden received information from a Confidential Informant, hereafter referred to as CI, that a subject staying at the Budget Motel, located on New York Avenue, Northeast, was in possession of a large quantity of "Crack Cocaine", "Dope" and a handgun. Further information provided by the CI revealed that room number was 246.

At approximately 1858 hours members of the Metropolitan Police Department responded to 1615 New York Avenue, Northeast, room # 246, to investigate the information provided by the CI.

Sergeant Sloan, Sergeant Habeebulah, Officer Wooden responded to room 246. Sergeant Sloan knocked on the door in normal manner. A voice from inside asked, "Who is it?" Sergeant Sloan replied, "Police Department." The door mechanism was then locked. A short time later, approximately, thirty (30) seconds to one (1) minute, the door was opened by Mr. King.

Sergeant Sloan introduced himself by saying, "Hello, I'm Sergeant Sloan of the Metropolitan Police Department, can I step inside and talk to you for a minute?" Mr. King said, "Yeah," and he nodded afirmitively. He then opened the door wider and Sergeant Sloan, Sergeant Habeebulah along with Officers Singletary and Williams stepped inside. Sgt. Sloan then stated to Mr. King, "I received information that narcotics are being used in this room." Sgt. Sloan then asked, "Are there narcotics being used in this room?" Mr. King responded, "Yeah."

Sgt. Sloan asked, "Weed?" Mr. King responded, "Coke." Sergeant Sloan asked, "Where is it?" Mr. King pointed nightstand located to the right of the bed and stated, "There." Mr. King went to the drawer, (only drawer) and opened it. Sgt. Sloan stated, "I can't see it" Mr. King then reached in the drawer, pulled out a white styrafoam plate with cocaine residue, two razor blades and a "Playing Card" on it. Mr. King placed it on the top of the nightstand. Mr. King then sat on the bed. Sgt. Sloan asked Mr. King, "Do you have guns here?" Mr. King responded, "I don't own any guns." Sgt. Sloan then stated, "I didn't asked you if you owned any, I asked you if there are any here." Mr. King then pointed to the chest of drawers and indicated that "It" (gun) was in one of the drawers and stated, "Its in a bag." Mr. King then stood up and stepped towards the chest of drawers. Sgt. Sloan instructed Mr. King to tell the officers where the gun was located and that the officers would retrieve it. Mr. King stated, "Its in the bottom left drawer, in a black bag." Officer Williams opened the bottom left drawer and located the black nylon backpack. Examination of its contents revealed, one (1) dark colored revolver. The revolver was a Smith & Wesson, .32 caliber six shot revolver, serial number AN63432.

Once the listed contraband was observed inside the black backpack a seizure list was completed and performed by Ofc Fultz

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

*Subscribed and sworn before me on this 10th November, 2007*

Police Officer: Officer Raymey Kyle       Badge # 1985        District: NSID        Deputy Clerk

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. _____   USC 53   TOT **07-569-M-01**

Vs.   P.D.I.D. No. **605-597**

**William E. King** (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

### COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $ _____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: **11/13/07**

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____

Address: _____

Telephone No. _____

DEFENDANT'S NAME: _____

Address: _____

Telephone No. _____

DEFENDANT'S SIGNATURE: _____

DATE: **11/10/07**   _____
JUDICIAL OFFICER PRESIDING

white-court            yellow-usao            Pink-defense

CD-3026/Mar. 03

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

07-569-M-01

**UNITED STATES**
vs.
King, William Earl

---

**The following list of items came from inside**

*Seizure item #1* -------Black backpack containing the following items:
    Smith & Wesson .32 cal (AN 63432) with (6) live rounds of ammunition
    2 false bottom cans (Carpet Care) with white powder
    Rubber bands
    14 large clear wraps with white rocklike substance (Crack Cocaine)
    13 pink Ziplocs with white rocklike substance (Crack Cocaine)
    (The white rocklike substance weight was approximately 53.4 grams with packaging)
    138 Ziplocs each with tan powder substance (Heroin)
    Sock with live rounds of 9mm ammunition (14 rounds)
    Clear Ziploc with .32 cal live rounds of ammunition (29 rounds)
    Rubber gloves
    2 strainers with tan and white residue
    2 digital scales with residue
    1 bottle of Inositol
    1 bottle of Quinine
    1 bottle of Caffeine
    1 small blender with residue
    1 plastic bag containing several measuring spoons and razor blades
    Numerous empty Ziplocs (Used and unused)
    Plastic wrap with white cutting agent

*Seizure item #2, 12* --------------------------------Smoking pipes
*Seizure item #3* --------------------------------Plate with rubber bands
*Seizure item #4* --------------------------------Plate with razors, off white residue and burned ash
*Seizure item #5* ------Clear baggie with white rocklike substance (approximately 2 grams) from King (LFPP)
*Seizure item #6* --------------------------------Boxes of sandwich bags, plastic plates and chore boy (Unused)
*Seizure item #7* --------------------------------Aluminum foil with chore boy
*Seizure item #8* --------------------------------Glass top with white residue (Crack Cocaine)
*Seizure item #9, 14* --------------------------------Cell phones
*Seizure item #10*--------------------------------Hotel room card key (From Kings right front pants pocket)
*Seizure item #11*--------------------------------Empty Kook cigarette box with glass smoking pipe
*Seizure item #13*-------------Clear baggie with brown powder substance (Heroin) (approximately 1.6 grams)

A portion off the off white powder substance and brown powder substance yielded a positive color reaction for opiates, which is found in Heroin. A portion of the white rocklike substance yielded a positive color reaction for cocaine which is found in Crack cocaine.

The listed Smith & Wesson functioned and dried fired and appeared to be fully operational.

Monica Williams and William King were arrested and transported to the Fifth District for processing and charged with C.S.A. P.W.I.D. Heroin / Cocaine (Crack) while armed (Handgun).

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

*Subscribed and sworn before me on this 10th November, 2007*

Police Officer: Officer Ramey Kyle     Badge # 1985     District: NSID     Deputy Clerk

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**UNITED STATES**
vs.
King, William Earl

07-569-M-01

---

**The following list of items came from inside**
*Seizure item #1* -------Black backpack containing the following items:
    Smith & Wesson .32 cal (AN 63432) with (6) live rounds of ammunition
    2 false bottom cans (Carpet Care) with white powder
    Rubber bands
    14 large clear wraps with white rocklike substance (Crack Cocaine)
    13 pink Ziplocs with white rocklike substance (Crack Cocaine)
    (The white rocklike substance weight was approximately 53.4 grams with packaging)
    138 Ziplocs each with tan powder substance (Heroin)
    Sock with live rounds of 9mm ammunition (14 rounds)
    Clear Ziploc with .32 cal live rounds of ammunition (29 rounds)
    Rubber gloves
    2 strainers with tan and white residue
    2 digital scales with residue
    1 bottle of Inositol
    1 bottle of Quinine
    1 bottle of Caffeine
    1 small blender with residue
    1 plastic bag containing several measuring spoons and razor blades
    Numerous empty Ziplocs (Used and unused)
    Plastic wrap with white cutting agent
*Seizure item #2, 12* ---------------------------------------------------Smoking pipes
*Seizure item #3* ---------------------------------------------------Plate with rubber bands
*Seizure item #4* ---------------------------------------------Plate with razors, off white residue and burned ash
*Seizure item #5* ------Clear baggie with white rocklike substance (approximately 2 grams) from King (LFPP)
*Seizure item #6* --------------------------------Boxes of sandwich bags, plastic plates and chore boy (Unused)
*Seizure item #7* ---------------------------------------------------Aluminum foil with chore boy
*Seizure item #8* ---------------------------------------------Glass top with white residue (Crack Cocaine)
*Seizure item #9, 14* ---------------------------------------------------Cell phones
*Seizure item #10* ------------------------------------Hotel room card key (From Kings right front pants pocket)
*Seizure item #11* ----------------------------------------Empty Kook cigarette box with glass smoking pipe
*Seizure item #13* --------------Clear baggie with brown powder substance (Heroin) (approximately 1.6 grams)

A portion off the off white powder substance and brown powder substance yielded a positive color reaction for opiates, which is found in Heroin. A portion of the white rocklike substance yielded a positive color reaction for cocaine which is found in Crack cocaine.

The listed Smith & Wesson functioned and dried fired and appeared to be fully operational.

Monica Williams and William King were arrested and transported to the Fifth District for processing and charged with C.S.A. P.W.I.D. Heroin / Cocaine (Crack) while armed (Handgun).

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

*Subscribed and sworn before me on this 10th November, 2007*

*Police Officer: Officer Raymey Kyle*    Badge # 1985    District: NSID    *Deputy Clerk*

**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

UNITED STATES

**07-569-M-01**

vs.

King, William Earl

On November 9th, 2007, Officer Wooden received information from a Confidential Informant, hereafter referred to as CI, that a subject staying at the Budget Motel, located on New York Avenue, Northeast, was in possession of a large quantity of "Crack Cocaine", "Dope" and a handgun. Further information provided by the CI revealed that room number was 246.

At approximately 1858 hours members of the Metropolitan Police Department responded to 1615 New York Avenue, Northeast, room # 246, to investigate the information provided by the CI.

Sergeant Sloan, Sergeant Habeebulah, Officer Wooden responded to room 246. Sergeant Sloan knocked on the door in normal manner. A voice from inside asked, "Who is it?" Sergeant Sloan replied, "Police Department." The door mechanism was then locked. A short time later, approximately, thirty (30) seconds to one (1) minute, the door was opened by Mr. King.

Sergeant Sloan introduced himself by saying, "Hello, I'm Sergeant Sloan of the Metropolitan Police Department, can I step inside and talk to you for a minute?" Mr. King said, "Yeah," and he nodded afirmitively. He then opened the door wider and Sergeant Sloan, Sergeant Habeebulah along with Officers Singletary and Williams stepped inside. Sgt. Sloan then stated to Mr. King, "I received information that narcotics are being used in this room." Sgt. Sloan then asked, "Are there narcotics being used in this room?" Mr. King responded, "Yeah."

Sgt. Sloan asked, "Weed?" Mr. King responded, "Coke." Sergeant Sloan asked, "Where is it?" Mr. King pointed nightstand located to the right of the bed and stated, "There." Mr. King went to the drawer, (only drawer) and opened it. Sgt. Sloan stated, "I can't see it" Mr. King then reached in the drawer, pulled out a white styrafoam plate with cocaine residue, two razor blades and a "Playing Card" on it. Mr. King placed it on the top of the nightstand. Mr. King then sat on the bed. Sgt. Sloan asked Mr. King, "Do you have guns here?" Mr. King responded, "I don't own any guns." Sgt. Sloan then stated, "I didn't asked you if you owned any, I asked you if there are any here." Mr. King then pointed to the chest of drawers and indicated that "It" (gun) was in one of the drawers and stated, "Its in a bag." Mr. King then stood up and stepped towards the chest of drawers. Sgt. Sloan instructed Mr. King to tell the officers where the gun was located and that the officers would retrieve it. Mr. King stated, "Its in the bottom left drawer, in a black bag." Officer Williams opened the bottom left drawer and located the black nylon backpack. Examination of its contents revealed, one (1) dark colored revolver. The revolver was a Smith & Wesson, .32 caliber six shot revolver, serial number AN63432.

Once the listed contraband was observed inside the black backpack a seizure list was completed and performed by Ofc Fultz

*The events and acts described above occurred primarily in the District of Columbia and were committed as described by the Defendant(s) listed in the case caption.*

*Subscribed and sworn before me on this 10th November, 2007*

Police Officer: Officer Raymey Kyle         Badge # 1985         District: NSID         Deputy Clerk



07-569-M-01

## D. C. PRETRIAL SERVICES AGENCY
### Pretrial Services Report
United States vs. WILLIAM KING

PDID: 605597

**Lockup #: 053**

| | |
|---|---|
| **File Date:** 11/10/2007 | **Docket Number:** |
| Lockup Date: 11/10/2007 | PSA Case #: 07314971 |
| Date Prepared: 11/10/2007 | |
| Date Printed: 11/10/2007 | |

**Charge(s)**
UCSA Possession With Intent to Distribute Cocaine While Armed

**Comments:** PSA was unable to conduct a complete background investigation on this defendant due to automated DC Probation records being inaccessible.

**Detention Eligibility and/or Administrative Procedures**

According to information available to the D.C. Pretrial Services Agency, the following applies.

§23-1322(b)(1)(A) – Defendant has been charged with a dangerous crime or a violent crime.

**Recommendations**

PSA General Supervision for District Court (USDC)

Release Conditions:

1. Report to Pretrial Services Agency (PSA) as directed Specify if other selected: Report.
2. Report to Pretrial Services Agency (PSA) room C-220 for evaluation and if positive program placement by PSA.
3. Surrender all passports to Pretrial Services Agency (PSA).
4. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

Comments:

At the time this case was papered PSA did not have access to the cellblock to conduct an interveiw.

**Criminal History**

**Last criminal history record check conducted on:** 11/10/2007

### Prior Conviction(s)

**Arrest Date:** 12/03/1999

**Jurisdiction:** Maryland
**City/County:** Prince Georges County
**Source:** NCIC

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Battery | Probation Without Judgement 1 Day | 05/25/1990 |

According to FBI records, Count 2 - Trespassing, was merged with Count 1 of this case. PSA has no further information.

Pretrial Services has no interview information.

### Personal Background

**Community Ties**

Place of Birth:

DC Area resident for:

Total Time in Area:

Marital Status:

Children:                           No. of Children:

Children living with Defendant:

Last Updated Date:    11/10/2007
Verified: No

**Relatives Living With Defendant:**          **Relatives Not Living With Defendant:**
None                                          None

PSA Case # 07314971                Page 2 of 3                Print Date 11/10/2007 12 46 01PM
Name William King

**Address Information**

No address information is available.

**Employment Information**

No employment information is available.

**Education Information**

No education information is available.

**Health Information**

No health information is available.

**Substance Abuse Information**

**Self Reported:**

No substance abuse information is available

**Drug Test:**
Current Drug Use Indicated

Prepared By: Brant Powell                                        Prepared Date: 11/10/2007

Name William King

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: _William E. King_____ NO. OF DEPENDENTS: __0__

LOCK-UP NO. __53__ DATE: __11-10-07__ CHARGE: __PWID Coc w/A__

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | | | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | | | MISD. = | 750 |
| | | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY (X)    MINIMUM MONTHLY NEED (Z) $

IF X IS EQUAL OR LESS THAN Y ..................................... ☒ ELIGIBLE
IF X IS MORE THAN Z ............................................ ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z .......................... ☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| **GROSS MONTHLY FAMILY INCOME** | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY | + |
| CONTRIBUTION CAPABILITY   (CC)  $ | |

**NOTES AND CALCULATIONS**

STD 4 AMOUNT $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]    $

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

_Cynthia Fauntleroy_
Notary Public District of Columbia
My commission expires February 29, 2012

---

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

---

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _William King_____  INTERVIEWER _Cynthia Fauntleroy_____
                                                                                                              NOTARY PUBLIC

DISTRIBUTION WHITE COPY (COURT JACKET), GOLDENROD COPY (APPOINTED COUNSEL), PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

AO 91 (Rev. 5/85) Criminal Complaint

## United States District Court
### For The District of Columbia

**FILED**
NOV 15 2007
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

WILLIAM E. KING

## CRIMINAL COMPLAINT

CASE NUMBER: **0 7 - 5 6 9 - M - 0 1**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 9, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER KYLE RAMEY__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
OFFICER KYLE RAMEY
NARCOTICS AND SPECIAL
INVESTIGATIONS DIVISION, MPD

Sworn to before me and subscribed in my presence,

**NOV 15 2007**                                    at    __Washington, D.C.__

Date   ALAN KAY                                         City and State
       U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                         Signature of Judicial Officer

                                                         ALAN KAY
                                                         U.S. MAGISTRATE JUDGE

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: **07-569-M-01** |
| v. | : | Associate Judge |
| WILLIAM E. KING | : | Presentment November 10, 2007 |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a controlled substance offense for which the maximum penalty is ten years or more, cite 3142(1)(f)(B).

In the instant case the defendant is charged with unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of 21 U.S.C. § 841(a). Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
ALESSIO D. EVANGELISTA
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 10th day of November, 2007.

_____
ALESSIO D. EVANGELISTA
Assistant United States Attorney