IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA : | |
| v. : | CRIMINAL NO.: 07-350 (PLF) |
| WILLIAM E. KING, : | |
| Defendant. : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to continue the plea hearing in this case to a date convenient to the parties. Defense counsel consents to this motion. The government states as follows:

1. On January 14, 2008 the Court set a date of February 1, 2008 for a plea in this case.

2. The parties anticipated being prepared for the plea at that time. However, the undersigned AUSA was in trial before this court until January 24, 2008, and has been on family leave since the trial concluded. Defense counsel and the undersigned AUSA have been in plea negotiations and have discussed the parameters of the plea offer that is to be extended to the defendant, but the undersigned AUSA has not been able to finalize the plea offer.

3. If it is convenient to the Court, the government is requesting that the plea hearing be continued to Tuesday, February 5, 2008, at 9:15 a.m.

4. Defense counsel, Dani Jahn, Esq., is not opposed to the government's motion.

**Conclusion**

WHEREFORE, the government requests that the Court grant the government's motion to continue the plea hearing date.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney

By: _____
       Louis Ramos
       DC Bar 472-176
       Assistant United States Attorney
       Federal Major Crimes Section
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 305-2195
       louis.ramos@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATE OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO.: 07-350 (PLF)** |
| : | |
| **WILLIAM E. KING,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Upon consideration of the government's unopposed motion to continue the status hearing in this case, it is hereby ORDERED,

That the government's motion is GRANTED.

_____
Paul F. Friedman
United States District Court Judge