UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. **07-0350 (PLF)** |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| | : | and §841(b)(1)(B)(iii) |
| **WILLIAM E. KING,** | : | (Unlawful Possession with Intent to Distribute |
| **Defendant.** | : | 5 Grams or More of Cocaine Base) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about November 9, 2007, within the District of Columbia, **WILLIAM E. KING** did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in
> violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))


                                        JEFFREY A. TAYLOR
                                        Attorney of the United States in
                                        and for the District of Columbia
                                        Bar No. 498610


                    BY:     _____
                            LOUIS RAMOS
                            Assistant United States Attorney
                            Bar No.  472-176
                            Federal Major Crimes Section
                            555 4th Street, N.W., Room 4243
                            Washington, D.C. 20503
                            (202) 305-2195