AO 455 (Rev. 5/85) Waiver of Indictment

FILED
FEB 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

William E. King

WAIVER OF INDICTMENT

CASE NUMBER: 07-350 (PLF)

I, William E. King, the above named defendant, who is accused of Unlawful Possession with Intent to Distribute 5 grams or more of Cocaine Base 21 USC 841(a)(1) and 841(b)(1)(B)(iii)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/22/2008 _____ prosecution by indictment and consent that the
                          Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer