**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**



FILED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 07-350 (PLF)** |
| | : | |
| **WILLIAM E. KING** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Williams King, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

On November 9, 2007 officers of the Metropolitan Police Department ("MPD") received reliable information that an individual named "Bill" was selling heroin and crack cocaine from room 246 of the Budget Motel located at 1615 New York Avenue, NE, in the District of Columbia. The officers also received reliable information that "Bill" had a gun in the room as well. Based on this information the officers went to room 246 of the Budget Motel, knocked on the door and identified themselves as police officers. The defendant eventually came to the door and allowed the officers to enter his motel room. The defendant admitted to using crack cocaine and marijuana in the motel room and took out from inside the night stand drawer a plate with white powder residue, a razor, and a playing card. The officers then asked him if there was a gun in the room. The defendant stated that there was a gun in the room and told them that it was in a black bag that was inside the bottom dresser drawer. The officers retrieved the black bag from the bottom dresser drawer, and inside the

bag the officers found a fully loaded .32 caliber handgun, an additional 29 rounds of .32 caliber ammunition, 14 rounds of 9mm ammunition, and a can that contained a white rock like substance that was identified as cocaine base, also known as crack cocaine, and a white powder substance that was identified as heroin. Inside the black bag the officers also found a two digital scales, razor blades, cutting materials, and numerous empty ziplock bags.

The DEA lab analyzed the suspected cocaine base that was recovered from the defendant's black bag, and found that it was cocaine base, also known as crack, weighing approximately 50.1 grams. The DEA analyzed the suspected heroin that was recovered from the defendant's black bag, and found that it was heroin hydrochloride, weighing approximately 11.9 grams.

_____
LOUIS RAMOS
Assistant United States Attorney

_____
DANIELLE JAHN, Esquire
Attorney for Defendant

_____
WILLIAM E. KING
Defendant

2/1/08
Date

2-22-08
Date