UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-0350 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **WILLIAM KING,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Charles Neil Floyd**, at telephone number **(202)305-2195** and/or email address **Charles.Floyd@usdoj.gov**. **Charles Neil Floyd**, will substitute for former Assistant United States Attorney **Louis Ramos** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

/s/
**Charles Neil Floyd, # 97-219
Assistant United States Attorneys
Federal Major Crimes
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195**