**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 07-350 (PLF)** |
| | : | |
| **WILLIAM KING,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, Dani Jahn,  hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, William King.

In support of the Motion undersigned counsel states:

1.      Undersigned counsel has represented Mr. King since his initial appearance on November 13, 2007.  Undersigned represented Mr. King for his consolidated preliminary hearing and detention hearing on November 26, 2007 before Magistrate Judge Alan Kay.  Ultimately, Mr. King was indicted and undersigned counsel represented him at his arraignment.  Further, undersigned counsel represented Mr. King at his plea hearing on February 22, 2008.

2.      Currently, Mr. King is pending sentencing before this Court which is set for Friday, May 2, 2008 at 9 a.m.

3.      On March 7, 2008, undersigned counsel was assigned to represent another defendant before the Magistrate Court.  At that time, undersigned counsel was advised by the government that no potential conflict of interest existed.  However, on March 11, 2008, it was learned that in fact there was a conflict of interest with the representation of the defendant who appeared before the Magistrate Court on March 7, 2008.

3.      On March 11, 2008 undersigned counsel provided the relevant information

concerning the potential conflict to Mr. A.J. Kramer.  Shortly thereafter Mr. Kramer informed

undersigned to withdraw from representing Mr. King.  Accordingly, undersigned counsel

contacted Howard Katzoff, an attorney from the Criminal Justice Act Panel , who has agreed to

assume the representation of Mr. King.

      4.      Further, the government, per Assistant United States Attorney Charles Neil Floyd,

does not oppose this request.

      WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion

to Withdraw as counsel for Mr. William King and appoint Howard Katzoff.


      Respectfully submitted,

      A.J. KRAMER
      FEDERAL PUBLIC DEFENDER



      _____/s/_____
      Dani Jahn
      Assistant Federal Public Defender
      625 Indiana Avenue, N.W.
      Washington, D.C.  20004
      202-208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 07-350 (PLF)** |
| | : | |
| **WILLIAM KING,** | : | |
| | : | |
| **Defendant.** | : | |

_____

**ORDER**

It is this ___ day of _____, 2008, hereby it is hereby **ORDERED**

that the Office of the Federal Public Defender for the District of Columbia is permitted to

withdraw as counsel for the defendant in this case, and that Howard Katzoff, Esquire, an attorney

from the Criminal Justice Act Panel be appointed to represent William King.


_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE