UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 07 - 350 - 01 (PLF) |
| | ) | |
| | ) | |
| WILLIAM E. KING | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant William E. King, *nunc pro tunc* to March 17, 2008, pursuant to the Court's appointment under the Criminal Justice Act (CJA), as substitute counsel for Assistant Federal Defender Danielle Courtney Jahn who recently withdrew as counsel for Mr. King.

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for William E. King

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel this ___17th___ day of March, 2008.

/s/
Howard B. Katzoff