IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v.   : | **Criminal No.  07 - 350  (PLF)** |
| : | |
| : | |
| **WILLIAM E.  KING** : | |

**DEFENDANT'S CONSENT MOTION TO RE-SCHEDULE SENTENCING
AND TO EXTEND THE CURRENT FILING DEADLINES IN THE CASE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court to re-schedule the sentencing in this case, and for an enlargement of time to file defendant's objections, if any, to the PSR and to file sentencing memoranda in the case. In support of this motion defendant states as follows:

1. On or about February 22,  2008, the defendant pled guilty to a one count criminal Information charging him with distribution of 5 grams or more of cocaine base.  Sentencing is scheduled for May 2, 2008, and a pre-sentence report was ordered.  Defendant was represented by the Dani Jahn of the Federal Defender's Office at the time of the plea.

2. In or about March, 2008, a conflict arose which prevented the Federal Defender's Office from continuing to represent Mr. King.  On or about March 17, 2008, Ms. Jahn's motion for leave to withdraw was granted, and undersigned counsel was appointed as substitute counsel.

- 2 -

3. Counsel recently met with Mr. King, and spoke with AUSA Charles Neil Floyd to discuss the case. Based on those conversations, counsel realized that he needs additional time to address a number of matters with Mr. King - matters which may impact the sentencing issues in the case. Thus counsel needs to continue the sentencing for at least a month.

4. Undersigned counsel has also learned that he has to attend a Maryland CJA Panel training program in Baltimore on May 2nd, and therefore has a conflict on the currently scheduled date in any event.

5. Mr. Floyd has authorized the defendant to represent that the government consents to the motion, and agrees that there is good cause to re-schedule the sentencing.

6. The parties have discussed alternative dates and times and propose the following: either the morning or afternoon on June 19th, 20th, or 23rd, 2008.[1]

7. In addition, undersigned counsel did not learn that the initial Pre-sentence Report ("PSR") was ready until last Thursday. Thus counsel has not had an opportunity to review the PSR with Mr. King, and the deadline for submitting the Receipt and Acknowledgment Form ("R & A"), along with any objections to the PSR, has passed. Counsel spoke with Probation Officer Kelly Kraemer-Soares, who indicates that if the sentencing is re-scheduled to one of the requested dates the deadline for the defendant's response to the PSR can reasonably be extended until May 30, 2008. Thus defendant is respectfully requesting that the deadline for filing his R & A be extended until May 30, 2008.

---

[1] Defense counsel would note that he has a sentencing before Judge Sullivan on June 19th at 12:00 p.m., and therefore requests that if the sentencing is re-scheduled on that date that it is set at a time which does not interfere with the that matter.

- 3 -

WHEREFORE, for all the reasons set forth above, and for good cause shown, the Defendant respectfully requests that the Court vacate the currently scheduled sentencing date in the above-captioned case, re-schedule the sentencing, grant defendant leave to file his R & A on or before May 30th, and grant the parties leave to file sentencing memoranda up to 10 days before the new sentencing date, and responses, if any, up to four days before the sentencing date.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for William E.  King

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served electronically upon AUSA Charles Neil Floyd, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530, this ___14th___ day of April, 2008.

/s/
Howard B. Katzoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Criminal No.  07 - 350  (PLF) |
| | : |
| | : |
| **WILLIAM E.  KING** | : |

## ORDER

This Court has considered the Defendant's Consent Motion to Re-Schedule Sentencing and to Extend the Current Filing Deadlines, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____ 2008,

**ORDERED**, that Defendant's motion is hereby GRANTED and it is

**FURTHER ORDERED** that the May 2, 2008 sentencing date is hereby vacated, and shall be re-set for _____, 2008, at _____ A.M. / P.M.; and it is

**FURTHER ORDERED** that the defendant is granted leave to file his Receipt and Acknowledgment Form on or before May 30, 2008; and it is

**FURTHER ORDERED** that any party wishing to file a memorandum in aid of sentencing shall do so on or before _____, 2008, and any response to such a memorandum shall be filed on or before _____, 2008.

**SO ORDERED.**

_____
PAUL  L.  FRIEDMAN
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.   Suite 310
Washington, D.C.  20004

Charles Neil Floyd, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530