IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Criminal No. 07 - 350 (PLF) |
| | : | |
| WILLIAM E. KING | : | |

## ORDER

This Court has considered the Defendant's Consent Motion to Re-Schedule Sentencing and to Extend the Current Filing Deadlines, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this ___15th___ day of ___April___ 2008,

**ORDERED**, that Defendant's motion is hereby GRANTED and it is

**FURTHER ORDERED** that the May 2, 2008 sentencing date is hereby vacated, and shall be re-set for ___June 19___, 2008, at ___2___ A.M. / P.M.; and it is

**FURTHER ORDERED** that the defendant is granted leave to file his Receipt and Acknowledgment Form on or before May 30, 2008; and it is

**FURTHER ORDERED** that any party wishing to file a memorandum in aid of sentencing shall do so on or before ___June 6___, 2008, and any response to such a memorandum shall be filed on or before ___June 13___, 2008.

**SO ORDERED.**

_____
PAUL L. FRIEDMAN
United States District Judge

- 2 -

Copies to:

Howard B. Katzoff, Esq.
717 D Street, N.W.   Suite 310
Washington, D.C.  20004

Charles Neil Floyd, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530