IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v.   : | **Criminal No.: 07- 350 (PLF)** |
| : | |
| : | |
| **WILLIAM KING**   : | |

## NOTICE OF FILING

COMES NOW the Defendant, William King, through undersigned counsel, and submits the following supplemental sentencing exhibits:

1. Declaration of William King

2. Letter from William King

3. Character Letter from Aramark

Respectfully submitted,

  /s/
Howard B. Katzoff (Bar# 348292)
717  D Street, N.W.,  Suite 310
Washington, D.C. 20004
(202) 783-6414
Counsel for William King

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Notice of Filing and Attachments were served electronically upon Charles Floyd, Esquire, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, and to U.S. Probation Officer Kelly Kraemer-Soares, this      17th     day of  June   , 2008.

  /s/
Howard B. Katzoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Criminal No.: 07-350-01 (PLF) |
| | : Sentencing: June 19, 2008 |
| | : |
| **WILLIAM KING** | : |

**DECLARATION OF WILLIAM KING**

I, William King, hereby declare as follows:

1. Prior to my arrest I lived for several years with a friend, Hillard Williams.

2. In 2007, Hillard Williams' brother, Terry Williams, was involved in dealing crack cocaine. As a result, crack cocaine was readily available to me during the late summer and early fall and I became addicted. From that time until my arrest I was using crack cocaine on a daily basis.

3. In November 20007, several days before my arrest, Terry Williams asked me to stay at the Budget Motel on New York Avenue, and serve his customers for him. He offered to give me crack cocaine for helping him. I agreed and stayed there for several days.

4. Terry Williams would generally deliver the drugs to the room and pick up the money. He would call me and tell me whenever a customer was on the way, and whether the customer wanted crack cocaine or heroin. He would also tell me what to charge for the drugs.
I would then sell the customer the drugs as directed, and would collect the money. All the customers were sent by Terry Williams. I did not have any customers of my own.

5. Terry Williams paid me with crack cocaine. I used the crack cocaine, usually with a friend. I did not make any money from my involvement in the offense.

- 2 -

6. Terry Williams also kept a black bag in the motel room where I was staying. It was kept in a dresser drawer. There were drugs and a gun in the bag. I observed the gun in the bag whenever I had to get drugs from the bag. When the police came to the hotel room they asked me if I had a gun. I told the police that I did not own a gun, but there was a gun in the bag in the dresser drawer. The police recovered the gun where I told them they would find it.

I HEREBY AFFIRM THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

6-17-08
DATE

William King

6-17-08
DATE

WITNESS



# ARAMARK CORRECTIONAL SERVICES
Central Detention Facility
1901 E Street Washington DC. 20003
Phone: 202-547-7554 or 202-547-7822 ext. 2254
Fax: 202-547-1869

Date: June 17, 2008

Re:
Inmate Name: William King
DCD #: 294843
Start Date: January, 2008
End Date: Present

Inmate William King has worked with ARAMARK for the past 6 month. He started in the tray room and also assisted in cooking production and food delivery. He proved to be a dependable and reliable worker, so he was trained as a cook. He now works on the breakfast and lunch shift and is responsible for pulling, cooking and panning up of meals. Mr. King has also volunteered to back the food line and assists with sanitation in the cook area. He has shown a great deal of initiative to learn. Mr. King reports for work and maintains a positive attitude. There is always positive feed back on his performance.

For further information please feel free to contact us.

Fameda S. Shah
Food Service Director

June 2, 08

To Judge Friedman

I, William C. King am writing this letter to you to let you know a little about me.

I'm the youngest of four (4) I have three older sisters.

I was reared by my mother and my three sisters.

I attended public school and I was raised in the Church.

My freshman year in school I received my first Perfect Attendance Certificate, Continuing Science Award, + and all around Boy Award.

At the age of "17" my Senior year in High School I dropped out.

My Mother was bedredden with Cancer.

In January of 1968 I

2

turned (18) eighteen years old. In February of '68 my mother died.

In the fall of 1968 I went back to school and I graduated in the spring of 1969.

I was living with my Aunt, my father's sister, after my mother died. She was the only family I had in town, which was in a small town in North Carolina. (Tryon is the name of the town) Not knowing what to do with my life I decided to ~~~~ Join the Army.

After my basic training I went to Cook school in Petersburg Va. From cook school to Jump school in Fort Benning, Ga. After finishing both schools I was stationed at Fort Bragg

3

North Carolina.

In April of 1972 I was Honorable Discharged.

In May of 1972 I started working in a plant. E.I Dupont making Medical G-ray film. The higest grade one could get was a Stept. "10" before becoming a supervisor in four years I was a stept "8".

In 1974 I got married. In 1977 we were seperated. My wife moved for North Carolina to Baltimore, Md. A year later I quit my job went to Baltimore to see my wife to see if we could work things out she said no.

I came to Washington, D.C with a friend of mine, and I have been living in the metropolitian area since.

I have always worked to

4

to support myself.
I have never been in "trouble" with the law. (Nothing Major)
I got locked up in November of '07
In January of '08 I started working in the kitchen as a Cook. I work from 3:00 AM to 1:00 PM six days a week for ($1.00) one dollar a day.

I sing on the Choir in Church and I have been Saved.

I have turned my life over to God and I have been trying to do His will.

So I'm asking you Judge if you could see things in my favor because I'm not a Drug Dealer or any kind of a hustler I've been a hard working man all my life.

William E. [signature]